IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLINTON JAMES PEARSON, JR., AIS #155536, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:17-cv-738-WHA |
| JOHN HARTLEY, et al., | ) ) | (wo) |
| Defendants. | ) ) | |

**ORDER**

This case is before the court on a Motion for Rehearing (Doc. #18).

In this section 1983 action, the Plaintiff seeks acquittal on his robbery convictions in state court and monetary damages. On January 11, 2018, the Magistrate Judge recommended that this case be dismissed because the claims provide no basis for relief. (Doc. #8). No objections were filed. The Recommendation was adopted and final judgment entered on February 7, 2018. (Doc. ## 9 & 10).

Since the entry of final judgment, the Plaintiff has filed exhibits in support of his dismissed claims, and now seeks rehearing, again pointing to statements regarding a mental health evaluation and ownership of a business. The statements referred to in the Motion for Rehearing do not impact the findings of this court, and, it is hereby

ORDERED that the Motion is DENIED and the Order Adopting Recommendation and Final Judgment entered on February 7, 2018 (Docs. 9 & 10) remain in full force and effect.

As the court stated in a previous Order (Doc. #16), the plaintiff is advised that this court will not address any additional statements filed herein referencing facts or arguments relevant to

his 1997 robbery convictions as such statements are not relevant to the disposition of this 42 U.S.C. § 1983 action.

DONE this 9th day of March, 2018.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE